**Order entered December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01122-CV

**HEIDI FRANKEL, Appellant**

**V.**

**JAKE BUTLER, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03924-2021**

### ORDER

By this order, we remove this case from submission on January 4, 2023, and

set the case for submission today, December 23, 2022.  *See* TEX. R. APP. P. 2.


/s/     DENNISE GARCIA
JUSTICE